**2005–0949. Parma v. Takacs.**

Cuyahoga App. Nos. 84867 and 84868, 2005-Ohio-1319. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0879. State ex rel. Boone v. Indus. Comm.**
Franklin App. No. 04AP–607, 2005-Ohio-1531.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0562. State ex rel. Brown v. Duramed Pharmaceuticals, Inc.**
Franklin App. No. 04AP–81, 2005-Ohio-750.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *June 7, 2005*

[Cite as *06/07/2005 Case Announcements,* 2005-Ohio-2781.]

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0503. State ex rel. Dreyer v. Anderson Twp.**
Franklin App. No. 04AP–461, 2005-Ohio-366.

**2005–0544. State ex rel. Hattie Larlham Educational Serv., Inc. v. Zelman.**
In Mandamus.

